***EFILED***
Case Number 2020L 001622
Date: 11/18/2020 2:59 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON, ILLINOIS

| | |
|---|---|
| TERRY A. ALBL, | 2020L 001622 |
| Plaintiff, | |
| v. | Case No.: 2020 - L - |
| FEDERATED SERVICE INSURANCE COMPANY d/b/a FEDERATED INSURANCE, | |
| Defendant. | |

## COMPLAINT

COMES NOW the Plaintiff, by and through his undersigned attorney, and for his Complaint, states as follows:

1. At all times relevant herein, the Defendant was a foreign insurer that insured Alton Refrigeration Company, Inc. through a "Commercial Package Policy" bearing Policy No. 1060554 with effective dates of the policy period being from December 3, 2017 to December 3, 2018. Said Policy insured Alton Refrigeration Company's 2017 Ford van bearing VIN "NM0LS7E72H1310062," and the coverage upon that vehicle included uninsured and underinsured benefits with a per accident limit of $500,000.

2. At all times relevant herein, the Plaintiff was employed by Alton Refrigeration Company as a service technician, and was authorized by his employer to drive its 2017 Ford van insured by the Defendant.

3. On November 30, 2018, while the Plaintiff was driving his employer's 2017 Ford van on North Bellwood Road in Bethalto, Illinois, he was rear-ended by

Exhibit 1

Sydnee M. Miller, which then pushed the 2017 Ford van into the rear of the vehicle that was stopped in front of Plaintiff, resulting in a double impact (or two impacts to the vehicle that Plaintiff was driving).

4. As a result of the collision, the Plaintiff sustained severe permanent injuries, primarily to his low back, and resulting in disability and disfigurement which has caused him and will cause him in the future to endure great physical pain, mental anguish and loss of a normal life; and he has been and will in the future be compelled to obligate himself for medical care and attention; and he has become liable for certain doctor, hospital and pharmaceutical expenses and will so in the future; and his future earning capacity has been seriously diminished as Plaintiff has not been able to return to work due to permanent work restrictions imposed by his doctors.

5. Plaintiff made claims for uninsured (UM) and underinsured motorist (UIM) with the Defendant.

6. The insurer for Sydnee M. Miller (Diaryland Insurance Company) offered its policy limits of $25,000 to settle Plaintiff's claims against its insured.

7. Dairyland's insurance policy limits were not adequate to fully compensate the Plaintiff for his injuries/damages arising out of the November 3, 2018 auto accident.

8. Prior to accepting Diaryland's policy limits offer, Defendant consented to the Plaintiff accepting Dairyland's policy limit offer of $25,000.

9. The Defendant is liable pursuant to the UM/UIM policy provisions of the Commercial Package Policy issued to Alton Refrigeration Company to the

Plaintiff for his injuries and damages arising out of the subject collisions of November 30, 2018, which was a double impact collision to Plaintiff's vehicle, and therefore Defendant's applicable policy limits are $500,000 for each separate impact.

WHEREFORE, the Plaintiff demands judgment against the Defendant, Federated Service Insurance Company, in an amount more than Fifty Thousand Dollars ($50,000.00), plus costs of this action.

MATTHEW J. MARLEN, P.C.

*/s/ Matthew J. Marlen*

MATTHEW J. MARLEN #6209421
7012 West Main Street
Belleville, IL  62223
(618) 394-9494
Attorney for Plaintiff

### AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222

STATE OF ILLINOIS   )
                    )   ss.
COUNTY OF ST. CLAIR )

Matthew J. Marlen, being first duly sworn upon his oath, deposes and states upon information and belief pursuant to Supreme Court Rule 222(b) that the total money damages sought in the instant cause of action does exceed Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and/or attorney's fees.

*/s/ Matthew J. Marlen*

MATTHEW J. MARLEN